IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PNCEF, LLC d/b/a PNC EQUIPMENT
FINANCE f/k/a NATIONAL CITY
COMMERCIAL CAPITAL COMPANY, LLC,

                    Plaintiff,                ENTRY OF JUDGMENT

v.

                                            10-cv-108-wmc

DIVINITY GROUP, LLC d/b/a DESIGN
SERVICE SOLUTIONS, BRADLEY
GOODRICH, individually, and EASTSIDE
FABRICATION AND ENGINEERING, LLC,

                    Defendants.

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that plaintiff PNCEF, LLC recover from defendant Divinity Group, LLC the sum of $136,422.16 together with post-judgment interest at the rate allowed by law. Any sale proceeds received from Eastside Fabrication and Engineering, LLC shall be deducted from the judgment due and owing against Divinity Group, LLC.

Dated at Madison, Wisconsin, this 21st day of March, 2011.

                                                                /s/ Peter Oppeneer
                                                                Clerk of Court

Approved as to form this 21st day of March, 2011.

/s/
U.S. District Court Judge